# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1194
LT Case No. 2018-CA-000647

_____

RI CS2, LLC,

    Appellants,

    v.

STATE OF FLORIDA DEPARTMENT
OF TRANSPORTATION, CIRCLE K
STORES, INC., and RIDGE MANOR
EXPRESS,

    Appellees.

_____

On appeal from the Circuit Court for Hernando County.
Donald Scaglione, Judge.

W. Campbell McLean, Kristie Hatcher-Bolin, and Rachel M.
Crews, of Gray Robinson, P.A., Tampa, for Appellants.

Lindsay Patrick Lopez, and Paul D. Bain, of Trenam, Kemker,
Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Tampa, for Appellee,
Circle K Stores, Inc.

Marc Peoples, of the Department of Transportation, Tallahassee,
for Appellee, State of Florida Department of Transportation.

No Appearance for Remaining Appellee.

March 1, 2024

PER CURIAM.

Landowner, RI CS2, LLC ("Appellant"), appeals the trial court's order granting apportionment of the statutory benefit fee awardable pursuant to section 73.092(1), Florida Statutes (2021), with tenant, Circle K Stores, Inc. While Appellant argues that the statute dictates that this fee is awardable solely to a landowner, this argument is foreclosed by the express terms of section 7 of the parties' Stipulated Final Judgment, which stated that sums including the statutory benefit fee "are the contested settlement funds, *which funds are subject to apportionment* and shall remain in the Court registry until further Order of the Court." (emphasis added.). Thus, the parties having stipulated in the judgment that the statutory benefit fee in this case is subject to apportionment, the trial court's order is affirmed.

AFFIRMED.

EDWARDS, C.J., MAKAR, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____